### No. 11-6532. In re Angel Ruiz Rivera, Petitioner.

565 U.S. 1033, 132 S. Ct. 590, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8129, ██

November 14, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

### No. 11-6961. In re Lester Jon Ruston, Petitioner.

565 U.S. 1033, 132 S. Ct. 601, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8231.

November 14, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

### No. 10-8903. Sofia T. Guilas, Petitioner v. Tom Brauer, et al.

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8120.

November 14, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2765.

### No. 10-9837. Levi A. Wilson, Petitioner v. United States.

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8082.

November 14, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 931, 132 S. Ct. 370, 181 L. Ed. 2d 235, 2011 U.S. LEXIS 7049.

### No. 10-10659. Detelin Draganov, Petitioner v. Washington.

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8246.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 5993.